# Exhibit "

From: **Stephen Spahn** <sspahn@dwight.edu>
Date: Wed, Sep 13, 2017 at 9:32 PM
Subject: follow up
To: Kirk Spahn <kspahn@dwight.edu>


Dear Kirk,

I have asked Carmen to wire you the same ownership distribution as Blake is receiving.  The additional taxes are created by having a joint return with Jenny.  I will be sending you, federal express, a note that you should sign and return to me.  I will then federal express a check to be used for your investment purposes.

Good luck.

Love,
Dad


--

Stephen H. Spahn Chancellor
Dwight School | 291 Central Park West | NY, NY 10024
p 212.724.6360 x210 | f 212.724.2539 | dwight.edu
*Igniting the spark of genius in every child*