Exhibit #

From: Stephen Spahn <sspahn@dwight.edu>
Date: Mon, Sep 2, 2019 at 12:33 PM
Subject: Know the end before you start
To: Kirk Spahn <kirkspahn@gmail.com>
Cc: Michael Kalnick <mkalnick@kfirm.com>, Connie Spahn <cspahn@dwight.edu>

Dear Kirk,

Everything I ask is out of love, to learn life lessons and to plan for
a harmonious family now and in the future.

First, reply to all by email by tomorrow that you have read and will
or will not follow all of the principles from my meeting on 8/26/2019.

Second, sign and return the attached Promissory Note to Michael
Kalnick to avoid possible tax consequences.

Third, if you have any issues with any family member, then you must
speak to them directly.

Love,
Dad

Stephen H. Spahn Chancellor
Dwight School | 291 Central Park West | NY, NY 10024
p 212.724.6360 x210 | f 212.724.2539 | dwight.edu
Igniting the spark of genius in every child