Exhibit )

From: **Michael Kalnick** <mkalnick@kfirm.com>
Date: Mon, Sep 21, 2015 at 8:16 PM
Subject: 59 FOURTH AVENUE - APARTMENT 7A, NEW YORK, NEW YORK 10003
To: <meg@rbmllp.com>
Cc: <mkalnick@kfirm.com>, <kirkspahn@gmail.com>

Dear Meg:


Attached hereto is the proposed Contract of Sale regarding the above-referenced premises.  Please note that my client has not reviewed this Contract as of yet and it is therefore subject to his approval.  Please call me after you have had a chance to review same.


Thank you.


**MICHAEL C. KALNICK, ESQ.**

**KALNICK, KLEE & GREEN, LLP**

**830 THIRD AVENUE - 5th FLOOR**

**NEW YORK, NEW YORK  10022**


**MKALNICK@KFIRM.COM**

**TELEPHONE:  212-751-2400 Ext. 933**

**FAX: 212-751-3175**

Confidentiality Notice:  The information contained in this message and any attachments is privileged and confidential and is intended only for the use of the addressee(s).  If the reader of this message is not an addressee, you are hereby notified that any transmission, dissemination, distribution or copying of this message and any attachments is strictly prohibited.  If you received this message in error, please notify us by email reply and delete this message and any attachments.

Circular 230 Notice:  Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice which may be contained in this message or any attachments is not intended or written to be used for the purpose of avoiding any tax penalties that may be imposed by the Internal Revenue Service.  Any tax advice contained in this communication is not intended to be used in connection with or referred to in promoting, marketing or recommending, a partnership or other entity, investment plan or arrangement, and may not be used for such purposes.  If you are interested in the detailed analysis and opinion that does not require this disclaimer, then please contact us regarding the terms of our engagement and fees involved in a formal Circular 230 reliance opinion.