# Exhibit 7

# Kalnick Klee & Green, LLP

### COUNSELORS AT LAW

TEL: (212) 751-2400

FAX: (212) 751-3175

830 THIRD AVENUE - 5TH FLOOR

NEW YORK, NEW YORK 10022-7523

1624 MONTE VISTA ST., LLC
c/o KIRK SPAHN
62 West 5th Street
Los Angeles, California  90048

FEBRUARY 1, 2018

FOR PROFESSIONAL SERVICES RENDERED
In connection with the formation of the limited
liability company, filing Statement of Information
with the Secretary of State, preparation of Operating
Agreement and obtaining taxpayer identification
number from the IRS ...................................................................................................$ 2,000.00

Disbursements:  Filing fee........................................................................................... 20.00

TOTAL ...................................$2,020.00