# Exhibit 8

From: **Michael Kalnick** <mkalnick@kfirm.com>
Date: Tue, Sep 15, 2020 at 9:34 PM
Subject: RE: call from NY state tax board
To: kirk spahn <kirkspahn@gmail.com>

I never heard of it. Tax authorities do not make phone calls.  Probably a scam.  There isn't a NYS agency called NY state tax board.

MICHAEL C. KALNICK, ESQ.

KALNICK, KLEE & GREEN, LLP

800 THIRD AVENUE - SUITE 2800

NEW YORK, NEW YORK  10022-7604

MKALNICK@KFIRM.COM

TELEPHONE:  212-751-2400

FAX: 212-751-3175

Confidentiality Notice:  The information contained in this message and any attachments is privileged and confidential and is intended only for the use of the addressee(s).  If the reader of this message is not an addressee, you are hereby notified that any transmission, dissemination, distribution or copying of this message and any attachments is strictly prohibited.  If you received this message in error, please notify us by email reply and delete this message and any attachments.

Circular 230 Notice:  Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice which may be contained in this message or any attachments is not intended or written to be used for the purpose of avoiding any tax penalties that may be imposed by the Internal Revenue Service.  Any tax advice contained in this communication is not intended to be used in connection with or referred to in promoting, marketing or recommending, a partnership or other entity, investment plan or arrangement, and may not be used for

such purposes.  If you are interested in the detailed analysis and opinion that does not require this disclaimer, then please contact us regarding the terms of our engagement and fees involved in a formal Circular 230 reliance opinion.

**From:** kirk spahn <kirkspahn@gmail.com>
**Sent:** Tuesday, September 15, 2020 3:31 PM
**To:** Dad school <sspahn@dwight.edu>; Michael Kalnick <mkalnick@kfirm.com>
**Subject:** call from NY state tax board

Is there a company called IPPON holdings? I got a call from NY state tax board?

There is some case of it against us - some LLC

Is Blake involved?  Is there any info on it?

What is this business? I am confused?  thanks

--

Kirk Spahn

Founder & President, ICL Academy

www.iclacademy.org