# Exhibit =

## KALNICK  KLEE  &  GREEN, LLP

COUNSELORS AT LAW

10 SHORE ROAD, Suite 403

GLENWOOD LANDING, NEW YORK 11547

TEL: (646) 406-2000

FAX: (212) 751-3175

MKALNICK@KFIRM.COM

March 18, 2024

<u>VIA EMAIL</u>

Bryan J. Freedman, Esq.
FREEDMAN TAITELMAN & COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067-6007
<u>bfreedman@ftllp.com</u>

 Re: THE 2006 KIRK SPAHN DELAWARE FAMILY TRUST

Dear Mr. Freedman:

 First of all, I represent Stephen Spahn not Kirk Spahn.

 Your letter is so riddled with untruths and inaccuracies that I am not going to spend the time addressing them.  What I will state is that Kirk Spahn has always been welcome, per the agreements, to come in and inspect the books and records. He just needs to let the CFO know in advance and everything is open to him.

 Regarding Dwight Global, Kirk is welcome to inspect the books and records and can make a direct request to the CFO for a time to come in per the operating agreement.

 I want to remind you that Kirk and Stephen and their respective legal counsel (Zabel for Kirk and Hinckley for Stephen) had agreed to a buyout before you stepped in at the very last moment with an unreasonable demand which caused an end to the discussions.  Please make sure to speak to Bill Zabel and his team as they received masses of information.  You should get all of this from Kirk or Zabel prior to my asking my client to provide information that has already been provided.

 Very truly yours,

 Michael C. Kalnick